T. S. AMIDON and Others, Respondents, v. LYTTLETON B. P. GOULD and Others, Appellants, Impleaded with Others.— Order so far as appealed from denying motion of defendants-appellants for an order requiring the plaintiffs to serve an amended complaint in which the cause or causes of action of each plaintiff shall be separately stated and numbered without intermingling therein immaterial and irrelevant allegations as to the acts or conduct of the plaintiffs, or of defendants with respect to the plaintiffs, who have no connection with the cause or causes of action sought to be stated; reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley and Townley, JJ., dissent. [See *post*, p. 870.]

HELEN D. VAN RIPER, Appellant, v. EDITH O. TUNISON, Respondent.— Order granting defendant's motion for a stay of all proceedings until arbitration has been had, directing the appointment of arbitrators, and extending defendant's time to plead or otherwise move with respect to the amended complaint unanimously modified by striking out the provision for the appointment of an arbitrator and without prejudice to the right to proceed under the Arbitration Law as in a special proceeding, and as so modified affirmed, without costs. Order entered on a motion by plaintiff for an order authorizing her to conduct the business of the partnership during the pendency of action, or appointing a receiver *pendente lite* unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VITO DIBARTOLO and Others, Plaintiffs, v. FELIPPO GUINTO and CONTINENTAL BAKING Co., Defendants. TONY DIBARTOLO, Respondent; ADOLPH A. BERLE, JR., Chamberlain of the City of New York, Appellant.— Order granting motion of Tony Dibartolo, one of the plaintiffs, to punish the city chamberlain for contempt unless he comply with an order of the Supreme Court, New York county, entered June 7, 1935, directing him to pay certain moneys to said plaintiff affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents.

GEORGE CAMPO, an Infant, by GIOVANNI CAMPO, His Guardian ad Litem, and GIOVANNI CAMPO, Appellants, v. NATHAN LOEWUS, Respondent.— Order granting defendant's motion to abate action because of defendant's death unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THEKLA REARDON, Respondent, v. WILLIAM PIERRE STYMUS, JR., Appellant.— Order granting plaintiff's motion for the examination of defendant as an adverse party before trial unanimously reversed, with twenty dollars costs and disbursements and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JESSIE TAYLOR, a Taxpayer of the City of New York, Appellant, v. GEORGE J. RYAN and Others, Respondents.— Order denying plaintiff's motion for a temporary injunction unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.